# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DAVE CARLOS BURKE,

     Petitioner,

v.                                                                No. 26-cv-1693-SMD-JMR

D.H.S/ICE, *et al.*,

     Respondents.

### ORDER TO SHOW CAUSE

This matter comes before the Court upon review of the record. Petitioner states in his Petition that he is in immigration custody at the Otero County Processing Center. *See* (Doc. 1). However, the U.S. Immigration and Customs Enforcement inmate locator website reflects Petitioner is currently detained at the Central Louisiana ICE Processing Center. *See* https://locator.ice.gov/odls/#/details.

Accordingly, **IT IS ORDERED** that Plaintiff shall clarify where he is detained within thirty (30) days of entry of this Order. The failure to timely comply may result in dismissal of this action without further notice.

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to Petitioner at both the Otero County Detention Center and the Central Louisiana ICE Processing Center, 830 Pine Hill Road, Jena, LA 71342.

_____
UNITED STATES DISTRICT JUDGE