**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DAVE CARLOS BURKE,

Petitioner,

v. No. 26-cv-1693-SMD-JMR

D.H.S/ICE, *et al.*,

Respondents.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil habeas action is **DISMISSED without prejudice** and a certificate of appealability is denied.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE